IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALLEN HAMILTON and LOIS HAMILTON, husband and wife,

    Plaintiffs,

vs.

SILVEN, SCHMEITS & VAUGHAN, PC, an Oregon Professional Corporation, and ALAN J. SCHMEITS,

    Defendants.

DEPOSITION OF ALLEN HAMILTON

Taken in behalf of the Defendants

Baker City, Oregon

July 21, 2010

Jeannine K. Manny
Certified Shorthand Reporter
PO Box 936
Pendleton, Oregon 97801
(541) 276-0630

EXHIBIT 24
PAGE 1 OF 3

ALLEN HAMILTON - by Mr. Burnham                              35

1   to that extent.  I don't recall ever smelling chemicals like
2   that.
3        Q    And after you smelled the chemical, what did you do?
4        A    Well, we noticed some plants along the fence were
5   dying and stuff, and my wife and I decided, well, we could go
6   ahead and replant some of the garden.  So I was working on the
7   weekend, I re-tilled a bunch of the flat, up where it had died,
8   and replanted a bunch of the garden again.
9        Q    And did the replanting take effect?
10       A    Not really very good, and the stuff died, and then
11  immediately he re-sprayed again, and then stuff started dying
12  along the fence.
13       Q    You say he re-sprayed.  You said you never saw him
14  spray.  How do you know he re-sprayed?
15       A    Well, Mr. Elms said in a court document that he had
16  always sprayed that five-foot strip, and -- but it was obvious
17  that he had sprayed.  He has -- I guess the best way to put it
18  is he has a big warehouse with an eight-foot security fence
19  around it, you know, and so nobody else could get in there to
20  spray and nobody else had a reason to spray.  Especially our
21  garden.  It was right across from his chain link fence.  He was
22  obviously bordering the chain link fence, is where the spray
23  came from, where our garden was dying.
24       Q    Why do you think he sprayed again?
25       A    Well, one day my wife was outside and Mr. Elms was

EXHIBIT 24
PAGE 2 OF 3

ALLEN HAMILTON - by Mr. Burnham                         118

1    A    Yes.

2    Q    And that was during what period of time?

3    A    Well, we had given them vegetables just, you know, off
4    and on through the years as we had a garden there.

5    Q    And how many years did you have a garden there?

6    A    Well, we planted a garden in 2002 and 2003. I think
7    one year, it seemed like the year my wife was sick, we didn't
8    have a garden. Other than that, every year we was there.

9    Q    But the first time you had any problem with the garden
10   was in 2006?

11   A    Well, what I did notice is that for some reason all
12   the -- some of the vegetables along the fence seemed to die,
13   and our potatoes all died one year, and we dug them up and ate
14   them. And I thought at the time they must have got sunburned,
15   but evidently -- I feel now that Mr. Elms had sprayed them,
16   because, like, I started breaking out with terrible rashes on
17   both legs when we started eating stuff out of the garden.

18   Q    And when was that?

19   A    Well, let's see. It was -- I broke out with the rash
20   on my legs -- we was probably there a year or so, and then I
21   started getting these rashes on my legs, and that was -- we ate
22   the garden vegetables all along.

23   Q    What was the first year you noticed you had a problem?

24   A    Oh, probably in 2003, I think. Like I said, stuff
25   along the fence died and we ate the vegetables. I started

EXHIBIT    24
PAGE    3    OF    3