```
                    IN THE UNITED STATES DISTRICT COURT

                         FOR THE DISTRICT OF OREGON


ALLEN HAMILTON and LOIS          )
HAMILTON, husband and wife,      )
                                 )
                                 )
              Plaintiffs,        )
                                 )
      vs.                        )
                                 )
SILVEN, SCHMEITS & VAUGHAN,      )
PC, an Oregon Professional       )
Corporation, and ALAN J.         )
SCHMEITS,                        )
                                 )
                                 )
              Defendants.        )
                                 )
```

DEPOSITION OF ALLEN HAMILTON

Taken in behalf of the Defendants

Baker City, Oregon

July 21, 2010

Jeannine K. Manny
Certified Shorthand Reporter
PO Box 936
Pendleton, Oregon 97801
(541) 276-0630

EXHIBIT 25
PAGE 1 OF 2

ALLEN HAMILTON - by Mr. Burnham                               66

1  chemicals in the past, with the toxic exposure to manganese and
2  isocyanates, and I seen what happened with that incident, and
3  it was like, we can't live here, we got to get out of here.
4      Q    But you never saw a doctor?
5      A    No.
6      Q    Did your wife ever see a doctor, that you're aware of?
7      A    My wife's been up to Harborview because of the
8  chemicals, Harborview Medical Center over on the coast.
9      Q    When did she go to Harborview Medical Center?
10     A    A couple months ago.
11     Q    But the exposure was 2006, and she didn't go to
12 Harborview until 2010?
13     A    My wife, like I said, has been very ill for a long
14 time from the chemicals, and we decided that she needed some
15 kind of medical treatment.  My wife, her heart has been
16 bothering her, she's got some lumps on her neck that have
17 started to form in here, and like I said, her heart is
18 bothering her, she's exhausted all the time and can't function.
19 We had to get some medical treatment.
20     Q    I understand that, but what I'm saying is, she was
21 exposed to chemical, according to you, in 2006, and the first
22 time that she got medical treatment that you're aware of is
23 2010?
24     A    I know she previously went down to Valley
25 Environmental Health over on the coast, you know.  I can't

EXHIBIT 25
PAGE 2 OF 2