# VALLEY Environmental Laboratory

## Washington State Certified Lab #153 - DOE Accredited Lab C345

### EPA Test Method 8151

| Date Collected: 07/21/06 | | |
|---|---|---|
| Lab/Sample No: 15372418 | | County: YAKIMA |
| Sample Location: Garden | | |
| | | Date Received: 07/24/06 |
| | | Date Reported: 08/15/06 |
| | | Sample Collected By: Allen & Lois Hamilton |
| Send Report To: | | SAMPLE COMMENTS    Matrix: Soil |
| Allen Hamilton<br>2520 Myrtle St<br>Baker City, OR 97814 | | 6' from P%E Dist. Fence on 2520 Myrtle st. |

### EPA Test Method 8151

| DOH# | Analytes | Results | Units | SRL | Trigger | MCL | Method | Analyzed | Analyst |
|---|---|---|---|---|---|---|---|---|---|
| | **EPA REGULATED** | | | | | | | | |
| 37 | 2,4-D | 0.11 | mg/Kg | 0.2 | 0.2 | 70 | EPA 8151 | 08/14/06 | 125 |
| 38 | 2,4,5-TP (Silvex) | ND | mg/Kg | 0.4 | 0.4 | 50 | EPA 8151 | 08/14/06 | 125 |
| 134 | Pentachlorophenol | ND | mg/Kg | 0.08 | 0.08 | 1 | EPA 8151 | 08/14/06 | 125 |
| 137 | Dalapon | ND | mg/Kg | 2 | 2 | 200 | EPA 8151 | 08/14/06 | 125 |
| 139 | Dinoseb | ND | mg/Kg | 0.4 | 0.4 | 7 | EPA 8151 | 08/14/06 | 125 |
| 140 | Picloram | ND | mg/Kg | 0.2 | 0.2 | 500 | EPA 8151 | 08/14/06 | 125 |
| | **EPA UNREGULATED** | | | | | | | | |
| 138 | Dicamba | ND | mg/Kg | 0.2 | 0.2 | | EPA 8151 | 08/14/06 | 125 |
| | **WA STATE UNREGULATED** | | | | | | | | |
| 135 | 2,4-DB | ND | mg/Kg | 1 | 1 | | EPA 8151 | 08/14/06 | 125 |
| 136 | 2,4,5-T | ND | mg/Kg | 0.4 | 0.4 | | EPA 8151 | 08/14/06 | 125 |
| 220 | Bentazon | ND | mg/Kg | 0.5 | 0.5 | | EPA 8151 | 08/14/06 | 125 |
| 221 | Dichlorprop | ND | mg/Kg | 0.5 | 0.5 | | EPA 8151 | 08/14/06 | 125 |
| 223 | Acifluorfen | ND | mg/Kg | 2 | 2 | | EPA 8151 | 08/14/06 | 125 |
| 225 | DCPA Acid metabolites (A) | ND | mg/Kg | 0.1 | 0.1 | | EPA 8151 | 08/14/06 | 125 |
| 226 | 3,5-Dichlorobenzoic Acid | ND | mg/Kg | 0.5 | 0.5 | | EPA 8151 | 08/14/06 | 125 |

Abnormaly high levels of 2,4D found in this soil sample.
Indicates recent treatment with 2,4D.

MRL (Method Reporting Level): Indicates the minimum reporting level required and obtained by the laboratory (MDL<MRL<SRL).

Trigger: DOH Drinking Water response level. Public Systems in excess of this level must take additional samples. Recommended range on packages.

MCL (maximum contaminant level): Highest level recommended by the federal government for public water systems.

ND (Not Detected): Indicates this compound was analyzed and not detected at a level greater than or equal to the MRL or SRL.

Approved By: _____

407 N. 1st St., Suite #3 Yakima, WA 98901   509-575-3999 Fax: 509-575-3068

72418-515

EXHIBIT 31
PAGE 1 OF 3

PL 162



EXHIBIT 31
PAGE 2 OF 3
PL 163

```
08/23/2007 16:31 FAX 15415236615        RYDER BROTHERS                          ☒001

                                  *********************
                                  ***   TX REPORT   ***
                                  *********************

                TRANSMISSION OK

                TX/RX NO              0621
                CONNECTION TEL                15412987330
                SUBADDRESS
                CONNECTION ID
                ST. TIME              08/23 16:29
                USAGE T               01'35
                PGS. SENT               5
                RESULT                OK
```

EXHIBIT 31

PAGE 3 OF 3

PL 164