IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF BAKER

| | |
|---|---|
| EDWARD AND PATRICIA ELMS, TRUSTEES OF THE ELMS FAMILY TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLEN HAMILTON and LOIS HAMILTON, husband and wife,<br>Defendants,<br><br>vs.<br><br>AMERICAN GENERAL FINANCE, INC. a Washington corporation,<br><br>Co-Defendant. | Case No. 06-529<br><br>AFFIDAVIT OF STEPHEN THUN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |

STATE OF OREGON )
           : ss.
County of Washington )

I, Stephen Thun, being first duly sworn, depose and say as follows:

1. I am employed as the Laboratory Director of Pacific Agricultural Laboratory (the "lab"). The lab is an analytical lab with a specialty in the analysis of pesticides residues. The lab is a member of the Association of Official Analytical

EXHIBIT 33
PAGE 1 OF 9

Exhibit 5
Page 1 of 5

Page 1 – AFFIDAVIT OF STEPHEN THUN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

COUGHLIN, LEUENBERGER & MOON P.C.
LAWYERS
Old Post Office Square
Post Office Box 1026
Baker City, OR 97814
(541) 523-6535
FAX (541) 523-6530
office@clmlaw.net

PL 475

Chemists (AOAC). In addition, the lab is accredited through the State of Washington Department of Ecology for the analysis of pesticides in soil and water.

2. On January 11, 2007, the lab received by first class mail a sealed soil sample collected and sent to the lab by Arnie Grammon. The lab conducted an analysis of this sample to test for the presence of 2-4-D and other chemicals. I documented the findings in a written report, a true copy of which is attached hereto as Exhibit 1.

3. The analysis did not reveal the presence of any 2-4-D, or any other chemical listed in the analytical report.

4. I make this affidavit from personal knowledge and I am competent to testify to the matters stated herein.

DATED: April 30, 2007.

Stephen Thun
Director, Pacific Agricultural Laboratory

SUBSCRIBED and SWORN to before me this 30th day of April, 2007.

Notary Public for Oregon

OFFICIAL SEAL
CHARLES DOEPKEN
NOTARY PUBLIC - OREGON
COMMISSION NO. 409318
MY COMMISSION EXPIRES AUGUST 23, 2010

EXHIBIT 33
PAGE 2 OF 9

Exhibit 5
Page 2 of 9

Page 2 – AFFIDAVIT OF STEPHEN THUN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

COUGHLIN, LEUENBERGER & MOON P.C. LAWYERS
Old Post Office Square
Post Office Box 1025
Baker City, OR 97814
(541) 523-6535
FAX (541) 523-6530
office@clmlaw.net

PL 476

Pacific
Agricultural
Laboratory

January 29, 2007
Couglin, Levenburger & Moon, PC
P.O. Box 1022
Baker City, OR 97814

**Report Number:** 07011
**Client Job Number:** none given
**Sample Matrix:** soil
**Number of Samples:** 1

# Analytical Report

| Ext. Date | Analysis Date | Sample ID | Analyte | Amount Detected | Method Reporting Limit |
|---|---|---|---|---|---|
| 1/17/07 | 1/26/07 | Soil sample | p,p'-DDT | 0.0090 mg/kg | 0.0067 mg/kg (ppm) |
| 1/17/07 | 1/26/07 | | Other MR pesticides | Not detected | see analyte list |
| 1/23/07 | 1/24/07 | Soil sample | 2,4-D | Not detected | 0.017 mg/kg (ppm) |
| | | | 2,4-DB | Not detected | 0.017 mg/kg (ppm) |
| Surrogate Recovery | | 43* | 2,4,5-T | Not detected | 0.0067 mg/kg (ppm) |
| Surr. Recovery Range | | 73-114% | 2,4,5-TP | Not detected | 0.0067 mg/kg (ppm) |
| | | | Bentazon | Not detected | 0.017 mg/kg (ppm) |
| | | | Clopyralid | Not detected | 0.0067 mg/kg (ppm) |
| | | | DCPA | Not detected | 0.017 mg/kg (ppm) |
| | | | Dicamba | Not detected | 0.0067 mg/kg (ppm) |
| | | | Dichlorprop | Not detected | 0.017 mg/kg (ppm) |
| | | | Dinoseb | Not detected | 0.017 mg/kg (ppm) |
| | | | MCPA | Not detected | 1.7 mg/kg (ppm) |
| | | | MCPP | Not detected | 1.7 mg/kg (ppm) |
| | | | Pentachlorophenol | Not detected | 0.0067 mg/kg (ppm) |
| | | | Picloram | Not detected | 0.017 mg/kg (ppm) |
| | | | Triclopyr | Not detected | 0.0067 mg/kg (ppm) |

* surrogate recovery is below the lower control limit

Exhibit 1
Page 1 of 2

EXHIBIT 33
PAGE 3 OF 9

Exhibit 5
Page 3 of 9

07011 - Page 1

Pacific Agricultural Laboratory

# Quality Assurance Report

| Ext. Date | Analysis Date | Batch QC Sample # | Analyte | % Recovery | Expected % Recovery |
|---|---|---|---|---|---|
| **Method Blank Data, Soil** | | | | | |
| 1/17/07 | 1/26/07 | 07011 MB | Pesticides screen | Not detected | < reporting limits |
| 1/23/07 | 1/24/07 | 07011 MB | Acid herbicides | Not detected | < reporting limits |
| **Matrix Spike Data, Soil** | | | | | |
| 1/17/07 | 1/24/07 | 0701101 MS | Coumaphos | 94 | 69-140 |
| 1/17/07 | 1/24/07 | | Disulfoton | 62 | 0-194 |
| 1/17/07 | 1/19/07 | | g-BHC | 54* | 60-148 |
| 1/17/07 | 1/19/07 | | Oxadiazon | 42* | 66-143 |
| 1/17/07 | 1/26/07 | | Atrazine | 154** | 62-134 |
| 1/17/07 | 1/19/07 | | Carbofuran | 82 | 40-133 |
| 1/17/07 | 1/19/07 | | Diuron | 93 | 34-127 |

\* spike recovery was below the lower control limit
\*\* spike recovery was above the upper control limit

| Ext. Date | Analysis Date | Batch QC Sample # | Analyte | % Recovery | Expected % Recovery |
|---|---|---|---|---|---|
| 1/17/07 | 1/24/07 | 0701101 MSD | Coumaphos | 91 | 69-140 |
| 1/17/07 | 1/24/07 | | Disulfoton | 60 | 0-194 |
| 1/17/07 | 1/19/07 | | g-BHC | 116 | 60-148 |
| 1/17/07 | 1/19/07 | | Oxadiazon | 103 | 66-143 |
| 1/17/07 | 1/26/07 | | Atrazine | 146** | 62-134 |
| 1/17/07 | 1/19/07 | | Carbofuran | 79 | 40-133 |
| 1/17/07 | 1/19/07 | | Diuron | 68 | 34-127 |

\*\* spike recovery was above the upper control limit

| Ext. Date | Analysis Date | Batch QC Sample # | Analyte | % Recovery | Expected % Recovery |
|---|---|---|---|---|---|
| 1/23/07 | 1/24/07 | 0701101 MS | 2,4-D | 96 | 31-186 |
| | | | Dicamba | 63 | 43-130 |
| 1/23/07 | 1/24/07 | 0701101 MSD | 2,4-D | 109 | 31-186 |
| | | | Dicamba | 63 | 43-130 |

EXHIBIT 33
PAGE 4 OF 9

Exhibit 1
Page 2 of 7

Exhibit 5
Page 4 of 9  07011 Page 2.

12505 N.W. Cornell Road  ◆  Portland, Oregon 97229  ◆  (503)626-7943  ◆  FAX (503) 641-R16-478



Pacific
Agricultural
Laboratory

## Additional Project Information

**Methodology Employed**

| | |
|---|---|
| Multiresidue Pesticides Profile in Soil | Soxhlet extraction, multidetector analysis |
| Chlorinated Herbicides in Soil | EPA Method 8151A (GC-ECD, GC-MS) |

**Additional Project Notes**

1. DDT residues were confirmed using second column gas chromatography.
2. The chlorinated acids were converted to their free acid forms. These residues were then quantitated as free acids.

Stephen Thun
Laboratory Director

EXHIBIT 33
PAGE 5 OF 9

Exhibit 1
Page 5 of 7

Exhibit 5
Page 5 of 9    07011 Page 3.

12505 N.W. Cornell Road  ◆  Portland, Oregon 97229  ◆  (503)626-7943  ◆  FAX (503) 641-06479



**Pacific Agricultural Laboratory**

## Multiresidue Screen Analyte List and Reporting Limits

| Analyte | Reporting limit |
|---|---|
| **Organophosphorous and Organosulfur Pesticides** | |
| Aspon | 0.017 mg/kg (ppm) |
| Azinphos-methyl | 0.017 mg/kg (ppm) |
| Bolstar (Sulprofos) | 0.017 mg/kg (ppm) |
| Carbofenothion | 0.017 mg/kg (ppm) |
| Chlorfenvinphos | 0.017 mg/kg (ppm) |
| Chlorpyrifos (Lorsban) | 0.017 mg/kg (ppm) |
| Chlorpyrifos-methyl (Reldan) | 0.017 mg/kg (ppm) |
| Coumaphos | 0.017 mg/kg (ppm) |
| Demeton-O | 0.017 mg/kg (ppm) |
| Demeton-S (Metasystox) | 0.017 mg/kg (ppm) |
| Diazinon | 0.017 mg/kg (ppm) |
| Dichlorfenthion | 0.017 mg/kg (ppm) |
| Dichlorvos (DDVP) | 0.017 mg/kg (ppm) |
| Dicrotophos | 0.017 mg/kg (ppm) |
| Dimethoate | 0.017 mg/kg (ppm) |
| Disulfoton | 0.017 mg/kg (ppm) |
| EPN | 0.017 mg/kg (ppm) |
| Ethion | 0.017 mg/kg (ppm) |
| Ethoprop (Mocap) | 0.017 mg/kg (ppm) |
| Famphur | 0.017 mg/kg (ppm) |
| Fenitrothion | 0.017 mg/kg (ppm) |
| Fensulfothion | 0.017 mg/kg (ppm) |
| Fenthion | 0.017 mg/kg (ppm) |
| Malathion | 0.017 mg/kg (ppm) |
| Methidathion | 0.017 mg/kg (ppm) |
| Mevinphos | 0.017 mg/kg (ppm) |
| Monocrotophos | 0.017 mg/kg (ppm) |
| Parathion | 0.017 mg/kg (ppm) |
| Parathion-methyl | 0.017 mg/kg (ppm) |
| Pirimiphos-methyl | 0.017 mg/kg (ppm) |
| Phorate | 0.017 mg/kg (ppm) |
| Phosphamidon | 0.017 mg/kg (ppm) |
| Phosmet (Imidan) | 0.017 mg/kg (ppm) |
| Propargite (Omite) | 0.033 mg/kg (ppm) |
| Tetrachlorvinphos | 0.017 mg/kg (ppm) |
| Terbufos | 0.017 mg/kg (ppm) |

EXHIBIT 33
PAGE 6 OF 9
Exhibit 5
Page 6 of 9

Exhibit 1
Page 4 of 7

07011 Page 4.

12505 N.W. Cornell Road ❖ Portland, Oregon 97229 ❖ (503)626-7943 ❖ FAX (503) 641-9480



**Pacific Agricultural Laboratory**

| Analyte | Reporting limit |
|---|---|
| **Halogenated Pesticides** | |
| Acetachlor | 0.033 mg/kg (ppm) |
| Alachlor | 0.0067 mg/kg (ppm) |
| Aldrin | 0.0067 mg/kg (ppm) |
| Benfluralin (Balan) | 0.0067 mg/kg (ppm) |
| α-BHC | 0.0067 mg/kg (ppm) |
| β-BHC | 0.0067 mg/kg (ppm) |
| δ-BHC | 0.0067 mg/kg (ppm) |
| γ-BHC (Lindane) | 0.0067 mg/kg (ppm) |
| Captafol | 0.0067 mg/kg (ppm) |
| Captan | 0.033 mg/kg (ppm) |
| Chlordane | 0.084 mg/kg (ppm) |
| Chloroneb (Terraneb) | 0.017 mg/kg (ppm) |
| Chlorobenzilate | 0.017 mg/kg (ppm) |
| Chlorothalonil (Bravo) | 0.0067 mg/kg (ppm) |
| Cyfluthrin | 0.033 mg/kg (ppm) |
| Cyhalothrin | 0.033 mg/kg (ppm) |
| Cypermethrin | 0.033 mg/kg (ppm) |
| Dacthal | 0.0067 mg/kg (ppm) |
| p,p'-DDD | 0.0067 mg/kg (ppm) |
| p,p'-DDE | 0.0067 mg/kg (ppm) |
| p,p'-DDT | 0.0067 mg/kg (ppm) |
| Deltamethrin | 0.033 mg/kg (ppm) |
| Dicloran (Botran) | 0.0067 mg/kg (ppm) |
| Dichlobenil (Casoron) | 0.0067 mg/kg (ppm) |
| Dieldrin | 0.0067 mg/kg (ppm) |
| Endosulfan I (Thiodan) | 0.0067 mg/kg (ppm) |
| Endosulfan II | 0.0067 mg/kg (ppm) |
| Endosulfan sulfate | 0.0067 mg/kg (ppm) |
| Endrin | 0.0067 mg/kg (ppm) |
| Endrin aldehyde | 0.0067 mg/kg (ppm) |
| Esfenvalerate (Asana) | 0.0067 mg/kg (ppm) |
| Ethalfluralin (Sonalan) | 0.0067 mg/kg (ppm) |
| Fenarimol (Rubigan) | 0.0067 mg/kg (ppm) |
| Fenvalerate | 0.0067 mg/kg (ppm) |
| Flutolanil | 0.033 mg/kg (ppm) |
| Folpet | 0.033 mg/kg (ppm) |
| Heptachlor | 0.0067 mg/kg (ppm) |
| Heptachlor epoxide | 0.0067 mg/kg (ppm) |
| Hexachlorobenzene (HCB) | 0.0067 mg/kg (ppm) |
| Iprodione (Rovral) | 0.0067 mg/kg (ppm) |
| Kelthane (Dicofol) | 0.017 mg/kg (ppm) |
| Metolachlor (Dual) | 0.017 mg/kg (ppm) |
| Methoxychlor | 0.0067 mg/kg (ppm) |
| Mirex | 0.0067 mg/kg (ppm) |
| Norflurazon (Solicam) | 0.0067 mg/kg (ppm) |

EXHIBIT 33 PAGE 7 OF 9    Exhibit 5 Page 7 of 7    Exhibit 1 Page 5 of 7    07011 Page 5.



**Pacific Agricultural Laboratory**

| Analyte | Reporting limit |
|---|---|
| Ovex | 0.0067 mg/kg (ppm) |
| Oxadiazon (Ronstar) | 0.0067 mg/kg (ppm) |
| Oxyflorfen (Goal) | 0.0067 mg/kg (ppm) |
| PCA | 0.0067 mg/kg (ppm) |
| PCNB | 0.0067 mg/kg (ppm) |
| Permethrin | 0.033 mg/kg (ppm) |
| Prodiamine (Barricade) | 0.0067 mg/kg (ppm) |
| Pronamide (Kerb) | 0.0067 mg/kg (ppm) |
| Propachlor | 0.033 mg/kg (ppm) |
| Propanil | 0.0067 mg/kg (ppm) |
| Propiconazole | 0.017 mg/kg (ppm) |
| Pyrethrins | 0.033 mg/kg (ppm) |
| Terbacil | 0.0067 mg/kg (ppm) |
| Trifloxystrobin | 0.0067 mg/kg (ppm) |
| Triflumazole | 0.0067 mg/kg (ppm) |
| Trifluralin | 0.0067 mg/kg (ppm) |
| Vinclozalin | 0.0067 mg/kg (ppm) |

**Organonitrogen Pesticides**

| Analyte | Reporting limit |
|---|---|
| Ametryn | 0.017 mg/kg (ppm) |
| Anilazine | 0.017 mg/kg (ppm) |
| Atrazine | 0.017 mg/kg (ppm) |
| Azoxystrobin | 0.017 mg/kg (ppm) |
| Bensulide | 0.017 mg/kg (ppm) |
| Bromacil | 0.017 mg/kg (ppm) |
| Bromopropylate | 0.033 mg/kg (ppm) |
| Carfentrazone-ethyl | 0.017 mg/kg (ppm) |
| Cyanazine (Bladex) | 0.033 mg/kg (ppm) |
| Diclofop-methyl | 0.033 mg/kg (ppm) |
| Dimethenamid | 0.017 mg/kg (ppm) |
| Diphenylamine | 0.017 mg/kg (ppm) |
| Ethofumesate | 0.017 mg/kg (ppm) |
| Fenoxaprop-ethyl | 0.033 mg/kg (ppm) |
| Fenbuconazole | 0.033 mg/kg (ppm) |
| Fipronil | 0.033 mg/kg (ppm) |
| Fluazifop-p-butyl | 0.033 mg/kg (ppm) |
| Fludioxanil | 0.017 mg/kg (ppm) |
| Flumioxazin | 0.017 mg/kg (ppm) |
| Fluometuron | 0.017 mg/kg (ppm) |
| Fluroxypyr-meptyl (Starane) | 0.033 mg/kg (ppm) |
| Hexazinone | 0.017 mg/kg (ppm) |
| Imidacloprid | 0.017 mg/kg (ppm) |
| Isoxaben | 0.017 mg/kg (ppm) |
| Mefenoxam | 0.017 mg/kg (ppm) |

EXHIBIT 33 PAGE 8 OF 9    Exhibit 5 Page 8 of 9    Exhibit 1 Page 6 of 7

07011 Page 6.

12505 N.W. Cornell Road ◆ Portland, Oregon 97229 ◆ (503)626-7943 ◆ FAX (503) 641-0644

PL 482



**Pacific Agricultural Laboratory**

| Analyte | Reporting limit |
|---|---|
| Metalaxyl | 0.017 mg/kg (ppm) |
| Metribuzin (Sencor) | 0.033 mg/kg (ppm) |
| Myclobutanil (Rally) | 0.033 mg/kg (ppm) |
| Napropamid (Devrinol) | 0.033 mg/kg (ppm) |
| Oryzalin (Surflan) | 0.017 mg/kg (ppm) |
| Pendimethalin (Prowl) | 0.017 mg/kg (ppm) |
| Pirimicarb | 0.017 mg/kg (ppm) |
| Prometon (Pramitol) | 0.033 mg/kg (ppm) |
| Prometryn | 0.017 mg/kg (ppm) |
| Propazine | 0.017 mg/kg (ppm) |
| Pyraclostrobin | 0.017 mg/kg (ppm) |
| Pyridaben | 0.033 mg/kg (ppm) |
| Sethoxydim | 0.17 mg/kg (ppm) |
| Simazine | 0.033 mg/kg (ppm) |
| Simetryn | 0.017 mg/kg (ppm) |
| Sulfentrazone | 0.017 mg/kg (ppm) |
| Tebuconazole | 0.033 mg/kg (ppm) |
| Tebuthiuron | 0.033 mg/kg (ppm) |
| Thiabendazole | 0.017 mg/kg (ppm) |
| Triadimefon | 0.033 mg/kg (ppm) |

**Phenylurea Herbicides**

| Analyte | Reporting limit |
|---|---|
| Chlorpropham | 0.017 mg/kg (ppm) |
| Diuron | 0.017 mg/kg (ppm) |
| DCPMU | 0.017 mg/kg (ppm) |
| Fenuron | 0.017 mg/kg (ppm) |
| Linuron | 0.017 mg/kg (ppm) |
| Monuron | 0.017 mg/kg (ppm) |
| Neburon | 0.017 mg/kg (ppm) |
| Propham | 0.017 mg/kg (ppm) |
| Siduron | 0.017 mg/kg (ppm) |

**Carbamate Pesticides**

| Analyte | Reporting limit |
|---|---|
| Aldicarb | 0.017 mg/kg (ppm) |
| Aldicarb sulfone | 0.017 mg/kg (ppm) |
| Aldicarb sulfoxide | 0.017 mg/kg (ppm) |
| Bendiocarb | 0.017 mg/kg (ppm) |
| Carbaryl | 0.017 mg/kg (ppm) |
| Carbofuran | 0.017 mg/kg (ppm) |
| Fenobucarb | 0.017 mg/kg (ppm) |
| 3-Hydroxycarbofuran | 0.017 mg/kg (ppm) |
| Methiocarb | 0.017 mg/kg (ppm) |
| Methomyl | 0.017 mg/kg (ppm) |
| 1-Naphthol | 0.017 mg/kg (ppm) |
| Oxamyl | 0.017 mg/kg (ppm) |
| Propoxur | 0.017 mg/kg (ppm) |
| Thiobencarb | 0.017 mg/kg (ppm) |

EXHIBIT 33 PAGE 9 OF 9

Exhibit 5 Page 9 of 9

Exhibit 1 Page 7 of 7

07011 Page 7.

12505 N.W. Cornell Road ◆ Portland, Oregon 97229 ◆ (503)626-7943 ◆ FAX (503) 645-9-488