UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ALLEN HAMILTON and LOIS HAMILTON husband and wife, <br><br> Plaintiffs, <br> vs. <br><br> SILVEN, SCHMEITS & VAUGHAN, P. C. . an Oregon Professional Corporation, and ALAN J. SCHMEITS, <br><br> Defendants | ) <br> ) Case No. 09-CV-1094 SU <br> ) <br> ) <br> ) <br> ) <br> ) AFFIDAVIT OF __ KIMBERLEE BROWN __ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

1.     My name is KIMBERLEE BROWN, I am  28  years old. I currently reside at 105 CEDAR CREST PLACE, CHEHALIS, WASHINGTON 98532

I swear under the penalty of perjury of the state of Washington that the foregoing is true and correct.

2.     I am Allen and Lois Hamilton's daughter.

    Since, my parents moved to Oregon in 2002 they both have suffered from illnesses. I have seen mysterious rashes on my father's shins and calves, at times they would be very red and inflamed.

    My mom Lois has been very ill ever since they lived in Oregon. She now has been diagnosed with Non- Hodgkin's Lymphoma. It's very sad to see her so exhausted and sick and to know the painful death she will face. I love my parents so very much and now my mom Lois is dieing.

    I'm 28 years old and a single mom with three children. It breaks my heart and tears me apart inside that I'm going to loose my mother, my best friend.

    My children are going to loose their grandma and perhaps their grandpa, if he too has lymphoma.

    I feel without a doubt in my mind, that my parents illnesses have a direct relationship to the chemical exposure, which occurred on their property in Baker City, Oregon. My parents have never smoked taken drugs or drank.

    That Mr. Elms could be allowed to dump toxic chemicals in my parents garden continuously

**Affidavit of Kimberlee Brown**           Page 1 of 2

and with no conscience is absolutely awful.

I lived in Oregon with my parents in 2003. They have planted a garden every year, for as long as I can remember. In 2003 my parents Allen and Lois, my son Colton, and I, all ate from their garden. Never while living there with them were my parents or I ever told that the garden was not part of their property. Never were we told that chemicals were being dumped in it.

The tall huge fence that had been there for years was clearly the boundary. Why someone has not stopped Mr. Elms, I cannot fathom!

I feel this quote is appropriate, "The only thing necessary for the triumph of evil, is for good men to do nothing."- Edmund Burke.

In conclusion I hope you will listen to their case, not only with your ears but also with your hearts.

Thank-you so much for your time. -Respectfully, Kimberlee May Brown.

3. I have read the Affidavit and swear that the matters stated herein are true to the best of my information, knowledge, and belief. I make this Affidavit of my own knowledge and am competent to testify as to the matters set forth herein.

DATED this 31st day of March, 2011

_____
Kimberlee Brown

SIGNED and SWORN to before me on 3/31/11, 2011

_____
Cindy Crews, Notary Public for Washington
My Commission expires: 11/25/2011

CINDY CREWS
NOTARY PUBLIC
STATE OF WASHINGTON
My Commission Expires Nov. 25, 2011

Affidavit of Kimberlee Brown          Page 2 of 2