Marianne Dugan, Attorney
OSB # 93256
259 E. 5th Ave., Suite 200-D
Eugene, OR  97401
(541) 338-7072
Fax 866-650-5213
mdugan@mdugan.com

    Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ALLEN HAMILTON and LOIS HAMILTON, | CASE NO. D. Or. 09-cv-01094-SU |
| Plaintiffs, | |
| v. | DECLARATION OF LOIS HAMILTON IN RESPONSE TO SUMMARY JUDGMENT REGARDING EXHIBITS |
| SILVEN, SCHMEITS AND VAUGHAN, P.C., and ALAN J. SCHMEITS, | |
| Defendants. | |

    1.    I am one of the plaintiffs in this case, and I make this declaration in support of Plaintiffs' Response to Motion for Summary Judgment.  I make the statements in this declaration based upon my personal knowledge.  I am competent to testify to the matters stated herein.

    2.    Exhibits I, R, and X which are attached to Ms. Dugan's declaration are supported by this declaration as well, and I incorporate them herein by reference.

    3.    Exhibit I is photos which accurately depict my and my husband's property at 2520 Myrtle Street in Baker City, Oregon, in the summer of 2006.  They show our garden plants dying after pesticide spraying by Mr. Elms, and the die-off was measured as much as 15 feet away from Mr. Elms' fence.

    4.    Exhibit R is the recent pathology report diagnosing me with non-Hodgkin's

Page 1 - DECLARATION OF LOIS HAMILTON IN RESP. TO SUMMARY JUDGMENT

lymphoma. I obtained a copy of the report and gave it to my attorney.

     5.     Exhibit X is a packet of deeds and related documents showing the chain of title for 2520 Myrtle Street in Baker City, Oregon, and I obtained those documents from public records and provided them to my attorney as well as using them in the prior case against Mr. Elms.

     6.     Contrary to Elms' assertions, the garage is not on skids and we never moved it. It has sunken down into the ground through the years.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 3, 2011.

                                     /s/   Lois Hamilton  
                                     Lois Hamilton