Filed CB
27 APR '12 12:13 USDC-ORP

April 24, 2012 (Tuesday Afternoon)

Dear Judge Simon,

2=09-cv-01094-SI

We have received an email from Marianne Dugan stating that she is withdrawing today as our attorney. We ask the court to grant us a stay on all proceedings and deadlines as we will need time to find a new attorney and have them get expert testimony.

Sincerely,

*Allen Hamilton*

*Lois Hamilton*

Allen and Lois Hamilton
638 Park Road
Winlock, WA. 98596
360-785-9595