Bruno J. Jagelski, OSB 90304
bjagelski@yturrirose.com
Carl Burnham, Jr., OSB 64008
cburnham@yturrirose.com
YTURRI ROSE LLP
89 SW Third Avenue
P.O. Box "S"
Ontario, Oregon  97914
Telephone:      (541) 889-5368
Facsimile:      (541) 889-2432
   Of Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PENDLETON DIVISION

| **ALLEN HAMILTON** and **LOIS HAMILTON,** husband and wife,  Plaintiffs,  v.  **SILVEN, SCHMEITS & VAUGHAN, P.C.**, an Oregon Professional Corporation, and **ALAN J. SCHMEITS,**  Defendants. | Case No. 2:09-cv-01094-SI  DEFENDANTS' FIRST AMENDED EXPERT WITNESS LIST |
|---|---|

Defendants respectfully submit the following amended expert witness list.

| Expert | Est. time / direct | Narrative Statement/Report |
|---|---|---|
| Jonel K. Ricker | 30 min | Report previously provided (Dkt. 197-1) |
| Brent T. Burton, MD, MPH | 1 hour | Report previously provided (Dkt. 197-2) |
| Gary J. Susak, Esq. Susak & Powell 222 SW Columbia St, #1120 Portland, OR  97201 | 30 min | Mr. Susak has been an Oregon trial attorney since 1972.  Mr. Susak will provide his opinions in relation to the testimony of plaintiffs' expert Bennett Wasserman in the |

Page 1 – DEFENDANTS' FIRST AMENDED EXPERT WITNESS LIST
(499009.0/12Sep13/d1/vra)

| Expert | Est. time / direct | Narrative Statement/Report |
|---|---|---|
| *Gary J. Susak, cont'd* | | context of other testifying experts.  He will testify that it was not a breach of the standard of care to not advise the Hamiltons of the option of waiting to proceed with their personal injury claims in the hopes of learning whether Mrs. Hamilton might contract non-Hodgkin's lymphoma (NHL).  In light of expert testimony that it would be impossible to know whether a person would contract NHL at some point in the future, delay in pursuing a claim would risk losing the right to pursue any injury claim.  An attorney's conduct would be within the standard of care if he exercised his judgment to proceed with an injury claim instead of waiting based on a purely speculative chance that a more serious medical condition might develop in the future.  This is especially true where the scientific evidence does not support the conclusion that exposure to 2,4-D will cause NHL, and where the client wishes to proceed with the existing claim. |

DATED this 12th day of September, 2013.

    YTURRI ROSE LLP

    /s/ Bruno J. Jagelski
    Bruno J. Jagelski, OSB #90304
    Telephone:  (541) 889-5368
    Of Attorneys for Defendants

Page 2 – DEFENDANTS' FIRST AMENDED EXPERT WITNESS LIST
(499009.0/12Sep13/d1/vra)

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 12th day of September, 2013, I filed the foregoing DEFENDANTS' FIRST AMENDED EXPERT WITNESS LIST electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Thomas C. Patton
    Law Offices of Thomas Patton
    8 North State Street, Suite 301
    Lake Oswego, Oregon 97034
        Attorney for Plaintiffs

    John A. Sterbick
    F. Hunter MacDonald
    Sterbick & Associates, P.S.
    1010 South "I" Street
    Tacoma, Washington  98405
        Attorneys for Plaintiffs


        YTURRI ROSE LLP


        /s/ Bruno J. Jagelski
        Bruno J. Jagelski, OSB #90304
        Telephone:  (541) 889-5368
        Of Attorneys for Defendants