# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| **ALLEN HAMILTON** and<br>**LOIS HAMILTON,**<br><br>Plaintiffs,<br><br>v.<br><br>**SILVEN, SCHMEITS & VAUGHAN, P.C.** and<br>**ALAN J. SCHMEITS,**<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. **2:09-cv-01094-SI** |

## VERDICT

We, the jury, being first duly sworn, find as follows:

1.    Were Defendants negligent in one or more of the ways claimed by Plaintiffs?

ANSWER:    _Yes_    (Yes or No)

*If "yes," go to Question 2. If "no," your verdict is for Defendants; do not answer any more questions; your presiding juror should sign and date this verdict form.*

2.    Was Defendants' negligence a cause of damages to Plaintiffs?

ANSWER:    _NO_    (Yes or No)

*If "yes," go to Question 3. If "no," your verdict is for Defendants; do not answer any more questions; your presiding juror should sign and date this verdict form.*

3.    Was Plaintiffs' negligence a cause of their own damages?

ANSWER:    _____    (Yes or No)

*If "yes," go to Question 4. If "no," skip Question 4 and go to question 5.*

4.      What is the percentage of each parties' negligence that caused Plaintiffs' damages?

   (A)    Defendants' Negligence:        _____ %

   (B)    Plaintiffs' Negligence:        _____ %

                                 100%   (The total must equal 100%.)

   *If Plaintiffs' percentage of negligence, (B), is 50% or less, go to question 5. If Plaintiffs' percentage of negligence is more than 50%, your verdict is for Defendants; do not answer any more questions; your presiding juror should sign and date this verdict form.*

5.      What is the amount, if any, of Plaintiff Allen Hamilton's legal malpractice damages

arising out of his alleged personal injuries in the underlying case?        $ _____

   *Do not reduce these damages, if any, by Plaintiffs' percentage of negligence, if any, because the Court will do this when entering Judgment.*

6.      What is the amount, if any, of Plaintiff Lois Hamilton's legal malpractice damages

arising out of her alleged personal injuries in the underlying case?        $ _____

   *Do not reduce these damages, if any, by Plaintiffs' percentage of negligence, if any, because the Court will do this when entering Judgment.*

7.      What is the amount, if any, of Plaintiffs' legal malpractice damages arising out of

their alleged property damage in the underlying case?        $ _____

   *Do not reduce these damages, if any, by Plaintiffs' percentage of negligence, if any, because the Court will do this when entering Judgment.*

   The Presiding Juror should date and sign this form.


   DATED this 25 day of September, 2013.