John A. Sterbick, WSB 17805
F. Hunter MacDonald, WSB 22857
Admitted pro hac vice
jsterbick@sterbick.com
hmacdonald@sterbick.com
Sterbick & Associates, P.S.
1010 South I Street
Tacoma, WA  98405
Tel:  253-393-0140
Fax: 253-383-6352

Thomas C. Patton, OSB 963889
tom@tompattonlaw.com
8 North State Street, Ste 301
Lake Oswego, OR  97034
Tel:  503-546-3357
Fax: 503-636-8512
 Thomas C. Patton, OSB

# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| ALLEN HAMILTON and LOIS HAMILTON, husband and wife, | Case No. 2:09-cv-01094-SI |
| Plaintiffs, | NOTICE OF WITHDRAWAL OF ATTORNEYS OF RECORD FOR PLAINTIFF |
| v. | |
| SILVEN, SCHMEITS & VAUGHAN, P.C., and Oregon Professional Corporation, and ALAN J. SCHMEITS | |
| Defendants | |
| Debtor in Possession. | |

TO:    Clerk of the Court

AND TO:    BRUNO JAGELSKI, Attorney for Defendant

PLEASE TAKE NOTICE that STERBICK and ASSOCIATES, including

any and all associate attorneys, withdraws as attorney of record for Plaintiffs,

ALLEN and LOIS HAMILTON, in the above-entitled action.

All further pleadings and papers herein shall be served upon ALLEN and

LOIS HAMILTON at the address below stated.

ALLEN and LOIS HAMILTON
638 PARK ROAD
WINLOCK, WA 98596
360-785-9595

RESPECTFULLY SUBMITTED this 1ST day of October, 2013.


_____/s/ John A. Sterbick_____
F. Hunter MacDonald, WSB #22857
Admitted Pro Hac Vitae
John A. Sterbick, WSBA #17805
Admitted Pro Hac Vitae
Attorneys for Plaintiff

## Certificate of CM/ECF Service

I hereby certify that on the 1st day of October, 2013, I filed the foregoing Notice of Withdrawal electronically through the CM/ ECF system, which cause the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Bruno J. Jagelski
Carl Burnham, Jr.
Yturri Rose LLP
P.O. Box 'S'
89 SW 3rd Ave.
Ontario, OR 97914
    Attorneys for Defendants

## Certificate of Mailing

I hereby certify that on the 1st day of October, 2013, I mailed a copy of the foregoing Notice of Withdrawal via the U.S. Postal Service to the Plaintiffs at the address listed below:

Allen and Lois Hamilton
638 Park Road
Winlock, WA 98596

Sterbick & Associates, P.S.

_____
Marlene Robinson