# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **ALLEN HAMILTON** and **LOIS HAMILTON**, <br><br> Plaintiffs, <br><br> v. <br><br> **SILVEN, SCHMEITS & VAUGHAN, P.C.** and **ALAN J. SCHMEITS,** <br><br> Defendants. | Case No. 2:09-cv-01094-SI <br><br><br> **JUDGMENT** |

**Michael H. Simon, District Judge.**

This action was tried by a jury with Judge Michael H. Simon presiding, and the jury has rendered a verdict.

It is ordered that Plaintiffs Allen and Lois Hamilton recover nothing, the action be dismissed on the merits, and Defendants Silven, Schmeits & Vaughan, P.C. and Alan J. Schmeits recover their costs from Plaintiffs Allen and Lois Hamilton.

**IT IS SO ORDERED**.

DATED this 21st day of October, 2013.

                                                /s/ Michael H. Simon
                                                Michael H. Simon
                                                United States District Judge